UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>Plaintiff,<br><br>- v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>Defendants. | Case No. 08-cv-3357 (AKH)<br>Judge Hellerstein<br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Allied International Union (a private non-governmental entity), certifies that it has **no** corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: April 3, 2008

STARK & STARK
A Professional Corporation

By: _____
KEVIN M. HART, ESQUIRE
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060

**Attorney Bar Code:** KH7659