ALLIED INTERNATIONAL UNION, AN UNINCORPORATED LABOR ORGANIZATION

Plaintiff(s)

Index # 08 CV 3357 (HELLERSTEIN)

- against -

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, AN UNINCORPORATED LABOR ORGANIZATION, ETAL

Purchased April 4, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 9, 2008 at 01:03 PM at

101 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; 3RD AMENDED* on SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to JUDY PADOW, ATTORNEY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'5 | 135 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

101 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 10, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

\* INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR AN ELECTRONIC CASE FILING

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 10, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 460526 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728