# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

ALLIED INTERNATIONAL UNION, AN UNINCORPORATED LABOR ORGANIZATION
PLAINTIFF/PETITIONER
VS
SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, AN UNINCORPORATED LABOR ORGANIZATION, ETAL
DEFENDANT/RESPONDENT

CASE NUMBER: 08CV3357

I, Enrique Mendez, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Service Employees International Union, Local 1877
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Compalint; Individual rule of the honorable alvin k. hellerstein southern district of new york **

by leaving with Caroline Burgos, Receptionist   At
NAME                RELATIONSHIP

☐ Residence _____ ADDRESS _____ CITY / STATE

☑ Business 1247 W 7 th st.   Los Angeles, CA  90017
ADDRESS                    CITY / STATE

On 4/09/08   At 2:50 PM
DATE           TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____ CITY  STATE  ZIP

**INDIVIDUAL PRACTICES OF JUDGE FRANCIS; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR AN ELECTRONIC CASE FILING

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ DATE TIME   (2) _____ DATE TIME

(3) _____ DATE TIME   (4) _____ DATE TIME   (5) _____ DATE TIME

**Description:** Age 40  Sex F  Race HISP  Height 5'5  Weight 150  Hair BRW  Beard ___  Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11th day of April, 20 08, by Enrique Mendez
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DIANA DE LEON
Commission # 1743482
Notary Public - California
Los Angeles County
My Comm. Expires May 20, 2011

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____


NAPPS

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

|  |  |
|---|---|
| ALLIED INTERNATIONAL UNION, AN UNINCORPORATED LABOR ORGANIZATION<br><br>Plaintiff(s)<br><br>- against -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, AN UNINCORPORATED LABOR ORGANIZATION, ETAL<br><br>Defendant(s) | Index # 08 CV 3357 (HELLERSTEIN)<br><br>Purchased April 4, 2008<br><br>Mail Date April 14, 2008<br><br>**AFFIDAVIT OF MAILING** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 14, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; 3RD AMENDED* to SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877 at

1247 WEST 7TH STREET
LOS ANGELES, CA 90017

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: April 14, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **JONATHAN GRABER** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 460524 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728