UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

---

ALLIED INTERNATIONAL UNION, an unincorporated labor organization,

          Plaintiff,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,

          Defendants.

8-CV-3357 (AKH)

ECF CASE

---

### STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE REPOND TO COMPLAINT

The parties to this action, by their undersigned attorneys, hereby stipulate and agree that the time within which to answer or otherwise respond to the plaintiff's Complaint is extended from April 29, 2008 to May 29, 2008.

New York, New York
April 29, 2008

By: _____
Judith I. Padow (JIP 1151)
Office of the General Counsel
Service Employees International
Union, Local 32BJ
101 Sixth Avenue, 19th floor
New York, New York 10013
212-388-3854 (telephone)
212-388-2062 (facsimile)
jpadow@seiu32bj.org

Attorney for Defendants

By: _____
Kevin M. Hart (KH 7659)
Stark & Stark
One Penn Plaza
250 West 34th Street, 36th floor
New York, New York 10019

212-629-3298 (telephone)
609-895-7395 (facsimile)
khart@stark-stark.com

Attorney for Plaintiff

SO ORDERED: _____
United States District Judge

Date: 4/29/08