SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,

Plaintiff,

- against -

Service Employees International Union Local 32B - 32J et al.

Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Larry Engelstein a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Robert M. Weinberg
Firm Name: Bredhoff & Kaiser, P.L.L.C.
Address: 805 Fifteenth Street, NW, Suite 1000
City/State/Zip: Washington, DC 20005
Phone Number: (202) 842-2600
Fax Number: (202) 842-1888

is a member in good standing of the Bar of the States of

District of Columbia

There are no pending disciplinary proceeding against Robert M. Weinberg in any State or Federal court.

Dated: May /3, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar 0131
Firm Name: Service Employees International Union, Local 32BJ
Address: 101 Avenue of the Americas 22nd Floor
City/State/Zip: New York, New York 10013
Phone Number: 212 - 388-2128
Fax Number: 212 - 388-3660

Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
Allied International Union,

                      Plaintiffs,

v.

Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, Service Employees International Union Local 1877, and Service Employees International Union,

                      Defendants.

Case No.: 08 cv 03357 (AKH)

**DECLARATION OF
LARRY ENGELSTEIN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

Larry Engelstein declares as follows:

1. I am General Counsel for Service Employees International Union, Local 32BJ, counsel for Defendants Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, and Service Employees International Union Local 1877 in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Robert M. Weinberg as counsel pro hac vice to represent Defendants Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, and Service Employees International Union Local 1877 in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on November 30th of 1999. I am also admitted to the Bar of this Court and am in good standing with this court.

3. Mr. Weinberg is a member at Bredhoff & Kaiser P.L.L.C., in Washington, D.C..

4. I believe Mr. Weinberg to be a skilled attorney, a person of integrity, experienced in Federal practice and familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Robert M. Weinberg, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Robert M. Weinberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Robert M. Weinberg pro hac vice, to represent Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, Service Employees International Union Local 1877 in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct and was executed this 13 day of May, 2008, at New York, New York.

_____
Larry Engelstein (SS 0131)

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,

Plaintiff,

08 cv 3357 (AKH)

- against -

Service Employees International Union Local 32B-32J et al.

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Larry Engelstein attorney for Defendants, please see attached, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Robert M. Weinberg

Firm Name: Bredhoff & Kaiser, P.L.L.C.

Address: 805 Fifteenth Street, NW, Suite 1000

City/State/Zip: Washington, DC 20005

Telephone/Fax: (202) 842 - 2600

Email Address: rweinberg@bredhoff.com

is admitted to practice pro hac vice as counsel for please see attached in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006

**Attachment to Order for Admission Pro Hac Vice on Written Motion**

Parties represented by Larry Engelstein and Robert M. Weinberg:

1) Service Employees International Union, Local 32BJ

2) Michael Fishman

3) Andrew Friedman

4) Niel Diaz

5) Service Employees International Union, Local 1877



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT M. WEINBERG

was on the 7TH day of NOVEMBER, 1969 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served, via First Class Mail, on this 15 day of May, 2008, upon the following:

Kevin Michael Hart  
Stark & Stark, P.C.  
P.O. Box 5315  
Princeton, NJ 08543

Service Employees International Union  
1800 Massachusetts Avenue, NW  
Washington, DC 20036

_____  
Larry Engelstein, SS 0131  
Service Employees International Union,  
Local 32BJ  
101 Avenue of the Americas, 22nd Floor  
New York, N.Y. 10013