SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,

          Plaintiff,

- against -

Service Employees International Union Local 32B - 32J et al.

          Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Larry Engelstein a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Todd E. Edelman
Firm Name: Bredhoff & Kaiser, P.L.L.C.
Address: 805 Fifteenth Street, NW, Suite 1000
City/State/Zip: Washington, DC  20005
Phone Number: (202) 842-2600
Fax Number: (202) 842-1888

is a member in good standing of the Bar of the States of District of Columbia and Illinois

There are no pending disciplinary proceeding against Todd E. Edelman in any State or Federal court.

Dated: May 15, 2008
City, State: New York, NY

Respectfully submitted,

_____
Sponsor's
SDNY Bar 0131
Firm Name: Service Employees International Union, Local 32BJ
Address: 101 Avenue of the Americas 22nd Floor
City/State/Zip: New York, New York 10013
Phone Number: 212 - 388-2128
Fax Number: 212 - 388-3660

Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,

               Plaintiffs,

v.

Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, Service Employees International Union Local 1877, and Service Employees International Union,

               Defendants.

Case No.: 08 cv 03357 (AKH)

**DECLARATION OF LARRY ENGELSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Larry Engelstein declares as follows:

1. I am General Counsel for Service Employees International Union, Local 32BJ, counsel for Defendants Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, and Service Employees International Union Local 1877 in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Todd E. Edelman as counsel pro hac vice to represent Defendants Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, and Service Employees International Union Local 1877 in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on November 30th of 1999. I am also admitted to the Bar of this Court and am in good standing with this court.

3. Mr. Edelman is a member at Bredhoff & Kaiser P.L.L.C., in Washington, D.C..

4.  I believe Mr. Edelman to be a skilled attorney, a person of integrity, experienced in Federal practice and familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Todd E. Edelman, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Todd E. Edelman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Todd E. Edelman pro hac vice, to represent Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Niel Diaz, Service Employees International Union Local 1877 in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct and was executed this 15th day of May, 2008, at New York, New York.

Larry Engelstein (SS 0131)

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,

Plaintiff,

08 cv 3357    (AKH)

- against -

Service Employees International Union Local 32B-32J et al.

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Larry Engelstein attorney for Defendants, please see attached, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Todd E. Edelman

Firm Name:   Bredhoff & Kaiser, P.L.L.C.

Address:   805 Fifteenth Street, NW, Suite 1000

City/State/Zip:   Washington, DC 20005

Telephone/Fax:   (202) 842 - 2600

Email Address:   tedelman@bredhoff.com

is admitted to practice pro hac vice as counsel for please see attached in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006

**Attachment to Order for Admission Pro Hac Vice on Written Motion**

Parties represented by Larry Engelstein and Todd E. Edelman:

1) Service Employees International Union, Local 32BJ

2) Michael Fishman

3) Andrew Friedman

4) Niel Diaz

5) Service Employees International Union, Local 1877



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

TODD E. EDELMAN

was on the  7TH  day of  JULY, 1995  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Todd Eric Edelman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, May 13, 2008.

*Juleann Hornyak*

Clerk

Todd Eric Edelman is currently registered as an inactive attorney pursuant to Supreme Court Rule 756(a)(5), and "shall no longer be eligible to practice law" or hold himself out as being authorized to practice law in Illinois.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served, via First Class Mail, on this 16 day of May, 2008, upon the following:

Kevin Michael Hart
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543

Service Employees International Union
1800 Massachusetts Avenue, NW
Washington, DC  20036

_____
Larry Engelstein, SS 0131
Service Employees International Union,
Local 32BJ
101 Avenue of the Americas, 22nd Floor
New York, N.Y.  10013