SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,
　　　　　　　　　　　　Plaintiff,

- against -

Service Employees International Union Local 32B-32J et al.
　　　　　　　　　　　　Defendant.

08 cv 3357   (AKH)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Larry Engelstein attorney for Defendants, please see attached, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　Applicant's Name: John M. West

　　Firm Name: Bredhoff & Kaiser, P.L.L.C.

　　Address: 805 Fifteenth Street, NW, Suite 1000

　　City/State/Zip: Washington, DC 20005

　　Telephone/Fax: (202) 842 - 2600

　　Email Address: jwest@bredhoff.com

is admitted to practice pro hac vice as counsel for please see attached in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5-19-08
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006