SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, an unincorporated labor organization,
    Plaintiff,

- against -

Service Employees International Union Local 32B-32J et al.
    Defendant.

08 cv 3357 (AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Larry Engelstein attorney for Defendants, please see attached, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Todd E. Edelman

    Firm Name: Bredhoff & Kaiser, P.L.L.C.

    Address: 805 Fifteenth Street, NW, Suite 1000

    City/State/Zip: Washington, DC 20005

    Telephone/Fax: (202) 842 - 2600

    Email Address: tedelman@bredhoff.com

is admitted to practice pro hac vice as counsel for please see attached in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/22/08
City, State

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006