UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALLIED INTERNATIONAL UNION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SERVICE EMPLOYEES INTERNATIONAL  )<br>UNION, LOCAL 32BJ, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | No. 1:08-cv-3357-AKH<br>Hon. Alvin K. Hellerstein<br>ECF CASE |

**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS**

PLEASE TAKE NOTICE that defendants Service Employees International Union Local 32BJ, Michael Fishman, Andrew Friedman, Neil Diaz, Service Employees International Union Local 1877, and Service Employees International Union jointly move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety.

A memorandum of law is submitted in support of this motion.

Respectfully submitted,

  /s/  Larry Engelstein
LARRY ENGELSTEIN (SS0131)
Service Employees Int'l Union, Local 32BJ
101 Avenue of the Americas, 22nd Floor
New York, NY  10013
(212) 388-2128
*Counsel for Defendants SEIU Local 32BJ, Michael Fishman, Andrew Friedman, Neil Diaz, and SEIU Local 1877*

  /s/  Robert M. Weinberg
ROBERT M. WEINBERG
W. GARY KOHLMAN
JOHN M. WEST
TODD E. EDELMAN
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600
*Counsel for Defendants SEIU Local 32BJ, Michael Fishman, Andrew Friedman, Neil Diaz, and SEIU Local 1877*

  /s/  James M. Reif
JAMES M. REIF
Gladstein, Reif & Meginniss, LLP
817 Broadway, Sixth Floor
New York, NY  10003
(212) 228-7727
*Counsel for Defendant Service Employees International Union*