# STARK & STARK
A PROFESSIONAL CORPORATION

KEVIN M. HART
DIRECT DIAL NUMBER
609-895-7334
DIRECT FAX NUMBER
609-895-7395
E-MAIL
khart@stark-stark.com



RECEIVED
JUN 1 2 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389

MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

June 12, 2008

*The adjournment is granted.*
*The case mgmt. conf. is*
*cancelled.  6-16-08*
*[signature] Alvin K. Hellerstein*

**VIA TELEFAX ONLY** #(212) 805-7942
Honorable Judge Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Room 1050
New York, NY 10007

Re:  **Allied International Union v. Service Employees International Union, et al.**
     **Case No. 08-cv-3357 (AKH)**

Dear Judge Hellerstein:

As counsel for plaintiff Allied International Union ("Allied"), I write to request an extension of time to file opposition to a motion filed by the defendants (collectively referred to as "SEIU"), to dismiss the complaint pursuant to FRCP 12(b)6). Allied's opposition to the motion is due to be filed on or before June 16, 2008.

This is the first request for an extension by Allied of the deadline to file opposition. This request is made with the consent of counsel for SEIU. The parties propose that Allied's opposition papers be filed on July 16, 2008, and SEIU's reply papers be filed on July 31, 2008.

There is also presently scheduled for June 20, 2008 at 9:30 a.m., an initial scheduling conference pursuant to FRCP 26(f). The parties request that the Court adjourn the date for the conference in lieu of the proposed briefing schedule.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By: _____
    KEVIN M. HART

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

KMH/cac
c:   John M. West, Esq (via e-mail & fax #(202) 842-1888)
     Robert M. Weinberg, Esq. (via e-mail & fax #(202) 842-1888)
     Dennis M. Devaney, Esq. (via e-mail & fax #(248) 645-2690)
     Michael M. Jacob, Esq. (via e-mail & fax #(248) 645-2690)
     Jeffrey D. Wilson, Esq. (via e-mail & fax #(248) 645-2690)

75 CELEBRATING OUR
   seventyfifthanniversary        PRINCETON · PHILADELPHIA · MARLTON · NEW YORK · NEWTOWN

**STARK&STARK**
A PROFESSIONAL CORPORATION

Honorable Judge Alvin K. Hellerstein, U.S.D.J.
June 12, 2008
Page 2

Larry Engelstein, Esq. (via e-mail & fax #(212) 388-2062)
James Reif, Esq. (via e-mail)

**STARK&STARK**