UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALLIED INTERNATIONAL UNION,                    ECF CASE

                        Plaintiff,

      -versus-

                                                        No. 1:08-cv-3357-AKH

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ, et al.,
                                                           NOTICE OF
                      Defendants.           **APPEARANCE**
-----------------------------------------------------------------x

        NOTICE IS HEREBY GIVEN that James Reif, Gladstein, Reif & Meginniss, LLP, 817 Broadway, 6th Floor, New York, New York 10003, tele: 212-228-7727, appears for defendant Service Employees International Union.

Dated: July 21, 2008

                                               Yours, etc.

                                               */s/ James Reif*
                                               James Reif
                                             GLADSTEIN, REIF & MEGINNISS, LLP
                                             817 Broadway, 6th Floor
                                             New York, New York 10003
                                             (212) 228-7727

                                             Attorney for Defendant Service
                                             Employees International Union

## CERTIFICATE OF SERVICE

TOM CURTIN hereby certifies as follows:

1. I am more than eighteen (18) years of age and not a party to this action.

2. On July 21, 2008, I served the annexed NOTICE OF APPEARANCE on all parties by mailing a copy thereof by first class mail, postage prepaid, to attorneys of record for plaintiff Allied International Union, to wit,

> Kevin M. Hart
> Scott I. Unger
> One Penn Plaza Center
> 250 West 34th Street, 36th Floor
> New York, New York 10119

and to attorneys of record for defendants SEIU Local 32BJ, Michael Fishman, Andrew Friedman, Neil Diaz and SEIU Local 1877, to wit,

> Robert M. Weinberg
> W. Gary Kohlman
> John M. West
> Todd E. Edelman
> Bredhoff & Kaiser, P.L.L.C.
> 805 Fifteenth Street, N.W.
> Suite 1000
> Washington, D.C. 20005

> Larry Engelstein
> SEIU Local 32BJ
> 101 Avenue of the Americas, 22nd Floor
> New York, New York 10013

_Tom Curtin_ (signature)
Tom Curtin