SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,     Plaintiff,

- against -

Service Employees Int'l Union, Local 32BJ, et al.    Defendant.

<u>  08  </u> cv <u>  3357  </u> (<u>AKH</u>)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,  Kevin M. Hart, Esquire,  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  MICHAEL MAX JACOB, ESQUIRE
Firm Name:  Strobl & Sharp, PC
Address:  300 East Long Lake Road, Suite 200
City/State/Zip:  Bloomfield Hills, MI  48304-2376
Phone Number:  (248) 540-2300
Fax Number:  (248) 645-2690

MICHAEL MAX JACOB, ESQUIRE  is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against  MICHAEL MAX JACOB, ESQUIRE in any State or Federal court.

Dated:  6/16/2008
City, State:  Lawrenceville, New Jersey

Respectfully submitted,

*(signature)*

Sponsor's
SDNY Bar  KMH7659
Firm Name:  Stark & Stark, PC
Address:  993 Lenox Drive, PO Box 5315
City/State/Zip:  Princeton, NJ  08543-5315
Phone Number:  (609) 896-9060
Fax Number:  (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>　　　　　　　　Plaintiff,<br><br>　　　　- v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>　　　　　　　　Defendants. | Case No. 08-cv-03357 (AKH)<br><br>AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE* |

STATE OF NEW JERSEY　)
　　　　　　　　　　　) ss:
COUNTY OF MERCER　　)

　　KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

　　1.　　I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael Max Jacob, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

　　2.　　I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael Max Jacob, Esquire since 2008.

4. Mr. Jacob is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5. I have found Mr. Jacob to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael Max Jacob, Esquire, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael Max Jacob, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael Max Jacob, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: KH7659

Dated: July 22, 2008
City, State: Lawrenceville, New Jersey
Notarized: Sworn to and subscribed before me
this 22nd day of July, 2008.

_____

CAROL A. CARLSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 12, 2010

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

### Michael Max Jacob

was admitted to the practice of law in the courts of the State of Michigan on

### December 14, 1972

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: July 11, 2008

_____
                Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,        Plaintiff,

08  cv  3357    ( AKH)

- against -

Service Employees International Union, Local 32BJ, et al.        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Kevin M. Hart, Esq.    attorney for   Plaintiff, Allied International Union, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MICHAEL MAX JACOB, ESQ. |
| Firm Name: | Strobl & Sharp, PC |
| Address: | 300 East Long Lake Road, Suite 200 |
| City/State/Zip: | Bloomfield Hills, MI  48304-2376 |
| Telephone/Fax: | (248) 540-2300 |
| Email Address: | mjacob@stroblpc.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, Allied International Union,    in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

| | |
|---|---|
| Larry Engelstein, Esquire<br>Office of the General Counsel<br>Service Employees International<br>Union, Local 32BJ<br>101 Sixth Avenue, 19th Floor<br>New York, NY 10013 | Robert M. Weinberg, Esquire<br>John M. West, Esquire<br>W. Gary Kohlman, Esquire<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, NW, Suite 1000<br>Washington, DC 20005 |

                _____
                KEVIN M. HART, ESQUIRE
                STARK & STARK, PC
                PO Box 5315
                Princeton, NJ 08543-5315
                (609) 896-9060

                **Attorney Bar Code**: KH7659

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Allied International Union, | Plaintiff, | |
| - against - | | 08 cv 3357 (AKH) |
| Service Employees Int'l Union, Local 32BJ, et al. | Defendant. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Hart, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: MICHAEL MAX JACOB, ESQUIRE
Firm Name: Strobl & Sharp, PC
Address: 300 East Long Lake Road, Suite 200
City/State/Zip: Bloomfield Hills, MI 48304-2376
Phone Number: (248) 540-2300
Fax Number: (248) 645-2690

MICHAEL MAX JACOB, ESQUIRE is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against MICHAEL MAX JACOB, ESQUIRE in any State or Federal court.

Dated: 6/16/2008
City, State: Lawrenceville, New Jersey

Respectfully submitted,

*/s/ M Hart*

Sponsor's
SDNY Bar KMH7659
Firm Name: Stark & Stark, PC
Address: 993 Lenox Drive, PO Box 5315
City/State/Zip: Princeton, NJ 08543-5315
Phone Number: (609) 896-9060
Fax Number: (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>                Plaintiff,<br><br>- v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>                Defendants. | Case No. 08-cv-03357 (AKH)<br><br>**AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW JERSEY  )
                               )  ss:
COUNTY OF MERCER    )

        KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

        1.      I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael Max Jacob, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

        2.      I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Michael Max Jacob, Esquire since 2008.

4.  Mr. Jacob is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5.  I have found Mr. Jacob to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Michael Max Jacob, Esquire, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael Max Jacob, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael Max Jacob, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: KH7659

Dated:       July 22, 2008
City, State: Lawrenceville, New Jersey
Notarized:   Sworn to and subscribed before me
             this 22nd day of July, 2008.

_____

CAROL A. CARLSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 12, 2010

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Michael Max Jacob*

was admitted to the practice of law in the courts of the State of Michigan on

*December 14, 1972*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: July 11, 2008

_____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,        Plaintiff,

                                                                    08 cv 3357    ( AKH)

- against -

Service Employees International    Defendant.    **ORDER FOR ADMISSION**
Union, Local 32BJ, et al.                        **PRO HAC VICE**
                                                 **ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq.   attorney for   Plaintiff, Allied International Union,
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MICHAEL MAX JACOB, ESQ. |
| Firm Name: | Strobl & Sharp, PC |
| Address: | 300 East Long Lake Road, Suite 200 |
| City/State/Zip: | Bloomfield Hills, MI  48304-2376 |
| Telephone/Fax: | (248) 540-2300 |
| Email Address: | mjacob@stroblpc.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, Allied International Union,   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY


_____
United States District/Magistrate Judge

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

| | |
|---|---|
| Larry Engelstein, Esquire<br>Office of the General Counsel<br>Service Employees International<br>Union, Local 32BJ<br>101 Sixth Avenue, 19th Floor<br>New York, NY 10013 | Robert M. Weinberg, Esquire<br>John M. West, Esquire<br>W. Gary Kohlman, Esquire<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, NW, Suite 1000<br>Washington, DC 20005 |

_____
KEVIN M. HART, ESQUIRE
STARK & STARK, PC
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060

**Attorney Bar Code**: KH7659