SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,    Plaintiff,

- against -

Service Employees Int'l Union, Local 32BJ, et al.    Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Hart, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: JEFFREY DANA WILSON, ESQUIRE
Firm Name: Strobl & Sharp, PC
Address: 300 East Long Lake Road, Suite 200
City/State/Zip: Bloomfield Hills, MI 48304-2376
Phone Number: (248) 540-2300
Fax Number: (248) 645-2690

JEFFREY DANA WILSON, ESQUIRE is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against JEFFREY DANA WILSON, ESQUIRE in any State or Federal court.

Dated: 6/16/2008
City, State: Lawrenceville, New Jersey

Respectfully submitted,

Sponsor's
SDNY Bar KMH7659
Firm Name: Stark & Stark, PC
Address: 993 Lenox Drive, PO Box 5315
City/State/Zip: Princeton, NJ 08543-5315
Phone Number: (609) 896-9060
Fax Number: (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>      Plaintiff,<br><br>    - v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>      Defendants. | Case No. 08-cv-03357 (AKH)<br><br>**AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW JERSEY )
          ) ss:
COUNTY OF MERCER  )

  KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

  1.  I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey Dana Wilson, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

  2.  I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Jeffrey Dana Wilson, Esquire since 2008.

4.   Mr. Wilson is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5.   I have found Mr. Wilson to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Jeffrey Dana Wilson, Esquire, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Jeffrey Dana Wilson, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey Dana Wilson, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: KH7659

Dated:       July 22, 2008
City, State: Lawrenceville, New Jersey
Notarized:   Sworn to and subscribed before me
             this 22nd day of July, 2008.

_____

**CAROL A. CARLSON**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES APRIL 12, 2010**

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jeffrey Dana Wilson*

was admitted to the practice of law in the courts of the State of Michigan on

*November 25, 1996*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 11, 2008

_____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,                Plaintiff,

                                                                    08    cv  3357    (AKH )

- against -

Service Employees International        Defendant.          **ORDER FOR ADMISSION**
Union, Local 32BJ, et al.                                              **PRO HAC VICE**
                                                                                    **ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq.    attorney for  Plaintiff, Allied International Union,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:    JEFFREY DANA WILSON, ESQ.

  Firm Name:           Strobl & Sharp, PC

  Address:             300 East Long Lake Road, Suite 200

  City/State/Zip:      Bloomfield Hills, MI  48304-2376

  Telephone/Fax:       (248) 540-2300

  Email Address:       jwilson@stroblpc.com

is admitted to practice pro hac vice as counsel for  Plaintiff, Allied International Union,  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                                    _____
                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

| | |
|---|---|
| Larry Engelstein, Esquire<br>Office of the General Counsel<br>Service Employees International<br>Union, Local 32BJ<br>101 Sixth Avenue, 19th Floor<br>New York, NY  10013 | Robert M. Weinberg, Esquire<br>John M. West, Esquire<br>W. Gary Kohlman, Esquire<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, NW, Suite 1000<br>Washington, DC  20005 |

                                            _____
                                            KEVIN M. HART, ESQUIRE
                                            STARK & STARK, PC
                                            PO Box 5315
                                            Princeton, NJ  08543-5315
                                            (609) 896-9060

                                            **Attorney Bar Code**: _KH7659_____

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,   Plaintiff,

- against -

Service Employees Int'l Union, Local 32BJ, et al.   Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Hart, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: JEFFREY DANA WILSON, ESQUIRE
Firm Name: Strobl & Sharp, PC
Address: 300 East Long Lake Road, Suite 200
City/State/Zip: Bloomfield Hills, MI 48304-2376
Phone Number: (248) 540-2300
Fax Number: (248) 645-2690

JEFFREY DANA WILSON, ESQUIRE is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against JEFFREY DANA WILSON, ESQUIRE in any State or Federal court.

Dated: 6/16/2008
City, State: Lawrenceville, New Jersey

Respectfully submitted,

Sponsor's
SDNY Bar KMH7659
Firm Name: Stark & Stark, PC
Address: 993 Lenox Drive, PO Box 5315
City/State/Zip: Princeton, NJ 08543-5315
Phone Number: (609) 896-9060
Fax Number: (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>     Plaintiff,<br><br>  - v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>     Defendants. | Case No. 08-cv-03357 (AKH)<br><br>**AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW JERSEY )
         ) ss:
COUNTY OF MERCER )

  KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

  1. I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey Dana Wilson, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

  2. I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey Dana Wilson, Esquire since 2008.

4. Mr. Wilson is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5. I have found Mr. Wilson to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey Dana Wilson, Esquire, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey Dana Wilson, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey Dana Wilson, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: KH7659

Dated: July 22, 2008
City, State: Lawrenceville, New Jersey
Notarized: Sworn to and subscribed before me this 22nd day of July, 2008.

_____

CAROL A. CARLSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 12, 2010

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jeffrey Dana Wilson*

was admitted to the practice of law in the courts of the State of Michigan on

*November 25, 1996*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: July 11, 2008

_____
Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,  Plaintiff,

08  cv  3357  (AKH)

- against -

Service Employees International Union, Local 32BJ, et al.  Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq. attorney for Plaintiff, Allied International Union, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:  JEFFREY DANA WILSON, ESQ.

Firm Name:  Strobl & Sharp, PC

Address:  300 East Long Lake Road, Suite 200

City/State/Zip:  Bloomfield Hills, MI 48304-2376

Telephone/Fax:  (248) 540-2300

Email Address:  jwilson@stroblpc.com

is admitted to practice pro hac vice as counsel for Plaintiff, Allied International Union, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

| | |
|---|---|
| Larry Engelstein, Esquire<br>Office of the General Counsel<br>Service Employees International<br>Union, Local 32BJ<br>101 Sixth Avenue, 19th Floor<br>New York, NY  10013 | Robert M. Weinberg, Esquire<br>John M. West, Esquire<br>W. Gary Kohlman, Esquire<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, NW, Suite 1000<br>Washington, DC  20005 |

_____
KEVIN M. HART, ESQUIRE
STARK & STARK, PC
PO Box 5315
Princeton, NJ  08543-5315
(609) 896-9060

**Attorney Bar Code**: KH7659