SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union, Plaintiff,

- against -

Service Employees Int'l Union, Local 32BJ, et al. Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Hart, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: DENNIS M. DEVANEY, ESQUIRE
Firm Name: Strobl & Sharp, PC
Address: 300 East Long Lake Road, Suite 200
City/State/Zip: Bloomfield Hills, MI 48304-2376
Phone Number: (248) 540-2300
Fax Number: (248) 645-2690

DENNIS M. DEVANEY, ESQUIRE is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against DENNIS M. DEVANEY, ESQUIRE in any State or Federal court.

Dated:
City, State: Lawrenceville, New Jersey

Respectfully submitted,

Sponsor's
SDNY Bar  KMH7659
Firm Name: Stark & Stark, PC
Address: 993 Lenox Drive, PO Box 5315
City/State/Zip: Princeton, NJ 08543-5315
Phone Number: (609) 896-9060
Fax Number: (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>                   Plaintiff,<br><br>- v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>                  Defendants. | Case No. 08-cv-03357 (AKH)<br><br>**AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW JERSEY  )
                                 )  ss:
COUNTY OF MERCER     )

      KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis M. Devaney, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

      2.     I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dennis M. Devaney, Esquire since 2008.

4. Mr. Devaney is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5. I have found Mr. Devaney to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis M. Devaney, Esquire, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis M. Devaney, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dennis M. Devaney, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: __KH7659__

Dated:      July 22, 2008
City, State:    Lawrenceville, New Jersey
Notarized:    Sworn to and subscribed before me
          this 22nd day of July, 2008.

_____

CAROL A. CARLSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 12, 2010

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Dennis Martin Devaney*

was admitted to the practice of law in the courts of the State of Michigan on

*November 17, 1999*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  June 30, 2008

_____
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### DENNIS MARTIN DEVANEY

was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on **July 14, 1977**, is presently in good standing; however, said attorney is CLER exempt and is not eligible to practice law in the State of Florida. The private and professional character of the attorney appears to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 27, 2008.

*Clerk of the Supreme Court of Florida*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DENNIS M. DEVANEY

was on the  6TH  day of  DECEMBER, 1976  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 1, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
    Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,    Plaintiff,

08   cv   3357   (AKH )

- against -

Service Employees International Union, Local 32BJ, et al.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq.   attorney for Plaintiff, Allied International Union, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DENNIS M. DEVANEY, ESQ. |
| Firm Name: | Strobl & Sharp, PC |
| Address: | 300 East Long Lake Road, Suite 200 |
| City/State/Zip: | Bloomfield Hills, MI 48304-2376 |
| Telephone/Fax: | (248) 540-2300 |
| Email Address: | ddevaney@stroblpc.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Allied International Union, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

| | |
|---|---|
| Larry Engelstein, Esquire<br>Office of the General Counsel<br>Service Employees International<br>Union, Local 32BJ<br>101 Sixth Avenue, 19th Floor<br>New York, NY  10013 | Robert M. Weinberg, Esquire<br>John M. West, Esquire<br>W. Gary Kohlman, Esquire<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, NW, Suite 1000<br>Washington, DC  20005 |

_____
KEVIN M. HART, ESQUIRE
STARK & STARK, PC
PO Box 5315
Princeton, NJ  08543-5315
(609) 896-9060

**Attorney Bar Code**: KH7659

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,   Plaintiff,

- against -

Service Employees Int'l Union, Local 32BJ, et al.   Defendant.

08 cv 3357 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Hart, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: DENNIS M. DEVANEY, ESQUIRE
Firm Name: Strobl & Sharp, PC
Address: 300 East Long Lake Road, Suite 200
City/State/Zip: Bloomfield Hills, MI 48304-2376
Phone Number: (248) 540-2300
Fax Number: (248) 645-2690

DENNIS M. DEVANEY, ESQUIRE is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against DENNIS M. DEVANEY, ESQUIRE in any State or Federal court.

Dated:
City, State: Lawrenceville, New Jersey

Respectfully submitted,

Sponsor's
SDNY Bar   KMH7659
Firm Name: Stark & Stark, PC
Address: 993 Lenox Drive, PO Box 5315
City/State/Zip: Princeton, NJ 08543-5315
Phone Number: (609) 896-9060
Fax Number: (609) 895-7395

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED INTERNATIONAL UNION, an unincorporated labor organization<br><br>                Plaintiff,<br><br>- v -<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, an unincorporated labor organization, MICHAEL FISHMAN, an individual, ANDREW FRIEDMAN, an individual, NEIL DIAZ, an individual, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, an unincorporated labor organization, and SERVICE EMPLOYEES INTERNATIONAL UNION, an unincorporated labor organization,<br><br>                Defendants. | Case No. 08-cv-03357 (AKH)<br><br>**AFFIDAVIT OF<br>KEVIN M. HART, ESQUIRE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW JERSEY   )
                               )  ss:
COUNTY OF MERCER     )

        KEVIN M. HART, ESQUIRE, being duly sworn, hereby deposes and says as follows:

        1.     I am an attorney at law and a member of the law firm of Stark & Stark, A Professional Corporation, counsel for the Plaintiff, Allied International Union, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis M. Devaney, Esquire, as counsel pro hac vice to represent Plaintiff in this matter.

        2.     I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December 6, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dennis M. Devaney, Esquire since 2008.

4. Mr. Devaney is an attorney at law with the law firm of Strobl & Sharp, P.C. in Bloomfield Hills, Michigan.

5. I have found Mr. Devaney to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis M. Devaney, Esquire, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis M. Devaney, Esquire, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dennis M. Devaney, Esquire, pro hac vice, to represent the Plaintiff, Allied International Union, in the above-captioned matter, be granted.

Respectfully submitted,

_____
KEVIN M. HART, ESQUIRE
SNDY Bar Code: KH7659

Dated:      July 22, 2008
City, State: Lawrenceville, New Jersey
Notarized:  Sworn to and subscribed before me
            this 22nd day of July, 2008.

CAROL A. CARLSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 12, 2010

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Dennis Martin Devaney*

was admitted to the practice of law in the courts of the State of Michigan on

*November 17, 1999*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date:  June 30, 2008

_____
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### DENNIS MARTIN DEVANEY

was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on **July 14, 1977**, is presently in good standing; however, said attorney is CLER exempt and is not eligible to practice law in the State of Florida. The private and professional character of the attorney appears to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 27, 2008.

*Clerk of the Supreme Court of Florida*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DENNIS M. DEVANEY

was on the 6TH day of DECEMBER, 1976 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 1, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,    Plaintiff,

08  cv  3357  (AKH )

- against -

Service Employees International    Defendant.
Union, Local 32BJ, et al.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq.    attorney for    Plaintiff, Allied International Union,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DENNIS M. DEVANEY, ESQ. |
| Firm Name: | Strobl & Sharp, PC |
| Address: | 300 East Long Lake Road, Suite 200 |
| City/State/Zip: | Bloomfield Hills, MI  48304-2376 |
| Telephone/Fax: | (248) 540-2300 |
| Email Address: | ddevaney@stroblpc.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, Allied International Union,   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and all supporting documents were served, via electronic mail and First Class Mail, on this 22nd day of July, 2008, upon the following:

Larry Engelstein, Esquire  
Office of the General Counsel  
Service Employees International  
Union, Local 32BJ  
101 Sixth Avenue, 19th Floor  
New York, NY 10013  

Robert M. Weinberg, Esquire  
John M. West, Esquire  
W. Gary Kohlman, Esquire  
Bredhoff & Kaiser, P.L.L.C.  
805 Fifteenth Street, NW, Suite 1000  
Washington, DC 20005  

_____  
KEVIN M. HART, ESQUIRE  
STARK & STARK, PC  
PO Box 5315  
Princeton, NJ 08543-5315  
(609) 896-9060  

**Attorney Bar Code**: KH7659