SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allied International Union,    Plaintiff,

- against -

Service Employees International Union, Local 32BJ, et al.    Defendant.

08 cv 3357    ( AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin M. Hart, Esq. attorney for Plaintiff, Allied International Union,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MICHAEL MAX JACOB, ESQ. |
| Firm Name: | Strobl & Sharp, PC |
| Address: | 300 East Long Lake Road, Suite 200 |
| City/State/Zip: | Bloomfield Hills, MI 48304-2376 |
| Telephone/Fax: | (248) 540-2300 |
| Email Address: | mjacob@stroblpc.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

is admitted to practice pro hac vice as counsel for Plaintiff, Allied International Union, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

7-29-08

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006