USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
ALLIED INTERNATIONAL UNION,                    : X
                                               :
                    Plaintiff,                 :
                                               :
        -v-                                    :         **ORDER**
                                               :
SERVICE EMPLOYEES INTERNATIONAL UNION,         :         08 Civ. 3357 (AKH)
LOCAL 32BJ, et al.                             :
                                               :
                    Defendants.                :
                                               :
------------------------------------------------------------X

    You are hereby notified that you are required to appear for an **oral argument** at the following time and place:

DATE:       September 25, 2008

TIME:       3 p.m.

PLACE:      U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

    It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

8/25/08

[signature]