# STARK & STARK
A PROFESSIONAL CORPORATION

KEVIN M. HART
DIRECT DIAL NUMBER
609-895-7334
DIRECT FAX NUMBER
609-895-7395
E-MAIL
khart@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389
MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315
609-896-9060 (PHONE)   609-896-0629 (FAX)
WWW.STARK-STARK.COM

*[Stamp: RECEIVED AUG 29 2008 ALVIN K. HELLERSTEIN]*
*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/2/08]*

August 29, 2008

Honorable Judge Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Room 1050
New York, NY 10007

Re:   **Allied International Union v. Service Employees International Union, et al.**
      Case No. 08-cv-3357 (AKH)

Dear Judge Hellerstein:

With regard to the above-captioned matter, I am pleased to advise the Court that the parties have reached a tentative settlement. Accordingly, the parties are requesting that the Court mark this case settled subject to a thirty (30) day order. The settlement has been agreed to in principle, however, there are some details that need to be worked out by counsel.

At the present time, the defendants' reply brief on its 12(b)(6) motion is due to be filed on or about September 5, 2008, and Your Honor recently set oral argument on the 12(b)(6) motion for September 25, 2008. Based upon the settlement, it is agreed by the parties that there is no reason for either the defendants to file a reply brief, or to set the date for oral argument. Presumably, with the settlement being completed, there will be no reason for any further action with respect to this matter.

John M. West, Esquire on behalf of the defendants will be on his own forwarding a letter to the Court confirming the settlement, and the within request.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By: _/s/ Kevin M. Hart_____
       KEVIN M. HART
KMH/cac
c:   John M. West, Esq.
     Dennis M. Devaney, Esq.

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

_/s/ Alvin K. Hellerstein_____
Alvin K. Hellerstein, U.S.D.J.
Date: 9/2/08

**75** CELEBRATING OUR
seventyfifthanniversary            PRINCETON • PHILADELPHIA • MARLTON • NEW YORK • NEWTOWN